UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ROLAND YARPAH, | ) | |
| Plaintiff, | ) ) ) ) | |
| v. | ) | Civil Action No. 1:25-10561-JDH |
| LYNN DISTRICT COURT, | ) ) ) | |
| Defendant. | ) ) ) | |

**ORDER FOR REASSIGNMENT AND REPORT AND RECOMMENDATION**

HEDGES, M.J.

Roland Yarpah, while in custody at the South Bay House of Correction, filed a complaint, Docket No. 1, and a request for waiver of fees that was entered on the docket as a motion for leave to proceed *in forma pauperis*. Docket No. 2 ("Motion").

By Procedural Order dated May 5, 2025, Mr. Yarpah was advised that, if he wishes to proceed, he must file a copy of his prison account statement as required under 28 U.S.C. § 1915(a)(2). Docket No. 4. He was further advised that, if he is no longer in custody, he need not file a copy of his prison account statement, but he must inform the clerk of any change of address. *Id.* A copy of the Court's May 5, 2025 Order was mailed to Mr. Yarpah at the South Bay House of Correction. Docket No. 5. An envelope with the Court's May 5 Order was returned to the Court as undeliverable on May 28, 2025. Docket No. 6. The envelope of the returned mail includes the notations "return to sender" and "unable to forward." *Id.*

On June 2, 2025, the deadline to respond to the May 5 Order was extended to June 24, 2025, and the Clerk of Court was directed to add Mr. Yarpah's email address to the docket so

that Mr. Yarpah will receive electronic notice. Docket No. 7. Mr. Yarpah has not responded pursuant to the June 2, 2025 Order, and the time to do so has expired. *See id.* It is a long-established principle that the Court has the authority to dismiss an action *sua sponte* for a party's failure to prosecute his action and his failure to follow the Court's orders.

Based on the foregoing, and in accordance with the Court's Orders, Docket Nos. 4, 7, this action should be dismissed. Therefore, this case is returned to the Clerk's Office for reassignment to a District Judge for further proceedings. I recommend that the District Judge to whom this action is reassigned dismiss this action without prejudice.[1]

SO ORDERED.

Dated: July 18, 2025

/s/ Jessica D. Hedges
United States Magistrate Judge

---

[1] Under Federal Rule Civil Procedure 72(b) and Rule 3 of the Rules for United States Magistrate Judges in the United States District Court for the District of Massachusetts, any party seeking review by a district judge of these determination(s) and order(s) must serve and file any objections within fourteen days of being served a copy of this Order. The written objections must specifically identify the portion of the proposed findings, recommendations, or report to which objection is made and the basis for such objections.